UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

    -versus-

DANIEL LYNCH,

        Defendant.

08-CR-1051 (LAP)

ORDER

---

LORETTA A. PRESKA, SENIOR UNITED STATES DISTRICT JUDGE:

    The Court is in receipt of Mr. Lynch's motion under 28 U.S.C. § 2255 to vacate, set aside, or correct his sentence. (Dkt. no. 65.)  The Government shall respond to Mr. Lynch's motion by letter no later than October 19, and Mr. Lynch may submit a reply by no later than November 16.  The Clerk of the Court shall mail a copy of this order to Mr. Lynch

**SO ORDERED.**

Dated:  September 4, 2020
         New York, New York

*Loretta A. Preska*
_____
LORETTA A. PRESKA, U.S.D.J.

Exhibit A

Exhibit B