# LAW OFFICES OF JAMES R. DEVITA, PLLC

**81 MAIN STREET, SUITE 504**
**WHITE PLAINS, NEW YORK 10601-1719**
**(914) 328-5000**
**FAX (914) 946-5906**
E-Mail:   jdevita@jamesrdevitalaw.com

September 5, 2019

**BY ECF**
Honorable Loretta A. Preska
United States District Judge for the Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

Re:     United States v. Daniel Lynch, 08 Cr. 1051 (LAP)

Dear Judge Preska:

I recently received a letter from the defendant, Daniel Lynch, requesting that I represent him in connection with a *pro se* petition pursuant to 28 U.S.C. § 2255 that he filed with the Court, Docket No. 65. I believe I would be a potential witness with respect to the claims contained in that petition, and that it would therefore be inappropriate for me to represent him. I respectfully request that Your Honor assign other counsel under the Criminal Justice Act to represent Mr. Lynch.

Respectfully submitted,

*s/ James R. DeVita*

James R. DeVita

cc:   Shiva H. Logorajah, Esq.
Assistant United States Attorney (by ECF)

Mr. Daniel Lynch, Reg. No. 70583-054 (by mail)

Susan J. Walsh is appointed as Mr. Lynch's attorney in
connection with the above referenced matter.
SO ORDERED.
Dated:  Sept. 9, 2020

_____
LORETTA A. PRESKA, U.S.D.J.