UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

    -against-

DANIEL LYNCH,

        Defendant.

No. 08-CR-1051 (LAP)

ORDER

LORETTA A. PRESKA, UNITED STATES DISTRICT JUDGE:

    Counsel's motion to adjourn the briefing schedule for the time requested [dkt. no. 70] is GRANTED.

SO ORDERED.

Dated: October 15, 2020
       New York, New York

*Loretta A. Preska*
_____
LORETTA A. PRESKA, U.S.D.J.