# VLADECK, RASKIN & CLARK, P.C.

SUSAN J. WALSH
212.403.7348
swalsh@VLADECK.COM

February 12, 2021

Hon. Loretta A. Preska
United States District Court Judge
United States District Court for the SDNY
500 Pearl Street
New York, NY 10007

```
The adjournment of the briefing
schedule requested below is approved.
SO ORDERED.

Dated:     February 16, 2021
           New York, New York

           /s/ Loretta A. Preska
           LORETTA A. PRESKA, U.S.D.J.
```

Re: *United States v. Daniel Lynch*, 08 C5 1051 (LAP)

Dear Judge Preska:

    I write to request an adjournment of the current briefing schedule in the above captioned matter for an additional 60 days. This is the third request for an adjournment. It is made with my client's consent and the Government has no objection.

    I was appointed as substitute counsel to assist Mr. Lynch concerning his pro se 18 U.S.C. § 2255 motion to vacate, set aside, or correct his sentence pursuant to the Criminal Justice Act. I am in contact by mail with my client who is incarcerated in Allenwood Penitentiary. The exchange of information by mail is particularly slow in recent months. My client would like to supplement his application with additional briefing however I will require additional time to do so.

    Since the Government's response to the *pro se* motion is currently due on February 22, 2021, I write in advance to request additional time to avoid burdening the Court and the Government with additional briefing. I request that the Government's time to respond be adjourned until April 22, 2021 so it may be responsive to additional defense briefing.

    Thank you for your time and consideration to this matter.

Respectfully submitted,

*/s/ Susan J. Walsh*
Susan J. Walsh

cc: Kevin Mead, AUSA (by email and ECF)

715276 v1