# VLADECK, RASKIN & CLARK, P.C.

SUSAN J. WALSH
212.403.7348
swalsh@VLADECK.COM



September 19, 2021

Hon. Loretta A. Preska
United States District Court Judge
United States District Court for the SDNY
500 Pearl Street
New York, NY 10007

Re: *United States v. Daniel Lynch*, 08 Cr 1051 (LAP)

Dear Judge Lynch:

    I respectfully write to request an additional, short adjournment of the current briefing schedule in the above captioned matter for an additional 21 days. This is the fifth request for an adjournment. It is made with my client's consent and the Government has no objection.

    I make the request because I am caring for my mother who was very recently diagnosed with cancer. Her treatment regimen is intense and because she lives alone in New Jersey she requires my help. In addition, due to not fault of Mr. Lynch's I have had communication difficulties with my client and need to visit him in person. I have been reluctant to visit prisons and jails given my mother's compromised condition however, next week I should have the opportunity to go and to quarantine effectively after the prison visit.

    I apologize to Mr. Lynch, the Court and the Government for this unforeseen complication and the need to request additional time to file. I respectfully request that the briefing schedule be changed to permit defense briefs scheduled for September 24th be adjourned until no later than October 15th and the Government's reply until four weeks thereafter.

    Thank you for your time and consideration to this matter.

**SO ORDERED**
*/s/ Loretta A. Preska*
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE
9/20/21

Respectfully submitted,

*/s/ Susan J. Walsh*
Susan J. Walsh

cc: Kevin Mead, AUSA (by email and ECF)

715276 v1