# VLADECK, RASKIN & CLARK, P.C.

SUSAN J. WALSH
212.403.7348
swalsh@VLADECK.COM

October 28, 2020

Hon. Loretta A. Preska
United States District Court Judge
United States District Court for the SDNY
500 Pearl Street
New York, NY 10007

Re: *United States v. Daniel Lynch*, 08 C5 1051 (LAP)

Dear Judge Lynch:

    I was appointed to assist Mr. Lynch related to his pro se 18 U.S.C. § 2255 motion to vacate, set aside, or correct his sentence. On September 24, 2021 I submitted a supplemental petition and a memorandum in support of that petition together with a number of Exhibits. At the time, due to the client's incarceration and some persistent delays in our communication, I was unable to provide an executed copy of Exhibit B. Subsequently, I received the executed affidavit which had been attested to by telephone earlier by my client. That affidavit is attached and on behalf of Mr Lynch, I respectfully request that <u>this signed affidavit be substituted as Exhibit B to the Petition</u>.

    Thank you for your time and consideration to this matter.

                                          Respectfully submitted,

                                          */s/ Susan J. Walsh*
                                          Susan J. Walsh

    cc: Kevin Mead, AUSA

**<u>SO ORDERED.</u>**

```
Dated:   October 29, 2021
         New York, New York
```

*/s/ Loretta A. Preska*

LORETTA A. PRESKA
Senior United States District Judge

715276 v1

565 Fifth Avenue, 9th Floor, New York, New York 10017 ▪ (p) 212-403-7300 ▪ (f) 212-221-3172

# EXHIBIT B

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

---

United States of America

    -against-                                08 Cr 1051 (LAP)

Daniel Lynch,

       Petitioner-Defendant.

---

Daniel Lynch, being duly sworn hereby swears under penalty the following to be true:

1) I am the pro se Petitioner-Defendant in the above captioned case seeking relief under 18 USC 2255 (habeas petition).

2) I make this affidavit in support of my application and the supplemental application to vacate my sentence and my guilty plea in the above case and restore this matter for trial.

3) I have been under psychiatric care for my entire life as far back as I can remember.

4) When I was charged in this case, I understood that I would be going to a psychiatric hospital not to prison.

5) I was told and understood that I would be a patient no matter how long I was held in hospital. *instead* of prison.

6) When I was brought back to court from a medical facility, I understood that I would be sentenced to a term at a medical facility not to a prison.

7) I pled guilty because I understood that I would not go to prison.

8) I was sentenced because I was told and believed that I would continue to be in treatment in a medical facility even after I was sentenced.

9) I did not understand that I would be sent to a prison after sentencing or ever.

10) I did not want to plead guilty or to be sentenced to anything other than a medical facility.

*Daniel Lynch*  10/20/2021

Daniel Lynch   (DATE)