UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DANIEL LYNCH,

                Petitioner,

-against-

UNITED STATES OF AMERICA,

                Respondent.

08-cr-1051 (LAP)
20-cv-7210 (LAP)

ORDER

---

LORETTA A. PRESKA, Senior United States District Judge:

    The Court is in receipt of Petitioner Daniel Lynch's request for a certificate of appealability from the Court's Opinion and Order dated July 25, 2022, denying Petitioner's motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255 (see dkt. no. 91 in 08-cr-1051).  (See dkt. no. 92 in 08-cr-1051.)  The Government shall respond to Petitioner's motion no later than August 10, 2022.

**SO ORDERED.**

Dated:    August 3, 2022
            New York, New York

                          *Loretta A. Preska*
                          LORETTA A. PRESKA
                          Senior United States District Judge