UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------

UNITED STATES OF AMERICA,

              Plaintiff,

-against-

DANIEL LYNCH,

              Defendant.

08-cr-1051 (LAP)
20-cv-7210 (LAP)

ORDER

LORETTA A. PRESKA, Senior United States District Judge:

    The Court is in receipt of Defendant Daniel Lynch's pro se motion for a sentence reduction pursuant to 18 U.S.C. § 3582(c) or for an order vacating his sentence, dated January 10, 2024. (See 08-cr-1051, dkt. no. 98).  The Government shall respond to Mr. Lynch's motion no later than February 29, 2024.  Mr. Lynch shall file his reply, if any, no later than March 28, 2024.

    The Clerk of Court shall mail a copy of this Order to Mr. Lynch.

**SO ORDERED.**

Dated:    February 1, 2024
           New York, New York

_____
LORETTA A. PRESKA
Senior United States District Judge

1