UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| UNITED STATES OF AMERICA, | |
|---|---|
| -versus- | No. 08-CR-1051 (LAP) |
| DANIEL LYNCH, | ORDER |
| Defendant. | |

LORETTA A. PRESKA, Senior United States District Judge:

The Court is in receipt of Mr. Lynch's Motion, entitled "Motion to Dismiss Complaint for the Denial of a Right to a Speedy Trial." (Dkt. no. 108.) The Government shall respond to Mr. Lynch's Motion by January 10, 2025. Mr. Lynch may submit a reply by February 24, 2025. The Clerk of the Court shall mail a copy of this order to Mr. Lynch.

**SO ORDERED.**

Dated:   November 26, 2024
         New York, New York

_____
LORETTA A. PRESKA
Senior United States District Judge