UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

    -versus-

DANIEL LYNCH,

              Defendant.

No. 08-CR-1051 (LAP)

ORDER

LORETTA A. PRESKA, Senior United States District Judge:

    The Court is in receipt of Mr. Lynch's letter dated December 2, 2024 requesting a copy of docket number 108. (Dkt. 110.) The Clerk of the Court shall mail a copy of docket number 108 and this order to Mr. Lynch.

**SO ORDERED.**

Dated:    December 12, 2024
            New York, New York

*/s/ Loretta A. Preska*
LORETTA A. PRESKA
Senior United States District Judge

1