UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-versus-<br><br>DANIEL LYNCH,<br><br>Defendant. | No. 08-CR-1051 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

The Court is in receipt of Mr. Lynch's pro se Motion, entitled "Motion to Dismiss Complaint for the Denial of a Right to a Speedy Trial," (dkt. no. 108), the Government's letter in opposition (dkt. no. 112), and Mr. Lynch's letter, dated December 18, 2024, advising the Court that he did not intend for his Motion to be filed in this Court, (dkt. no. 113). Given that Mr. Lynch did not intend to file any motion in this Court and there are no open federal charges against Mr. Lynch, Mr. Lynch's Motion to Dismiss Complaint for the Denial of a Right to a Speedy Trial is DENIED.

The Clerk of the Court shall mail a copy of this Order to Mr. Lynch.

**SO ORDERED.**

Dated:    January 6, 2025
         New York, New York

*Loretta A. Preska*
LORETTA A. PRESKA
Senior United States District Judge

1