UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

-versus-

DANIEL LYNCH,

Defendant.

---

No. 08-CR-1051 (LAP)

ORDER

LORETTA A. PRESKA, Senior United States District Judge:

The Court is in receipt of Mr. Lynch's pro se motion requesting compassionate release pursuant to 18 U.S.C. § 3582(c)(1)(A). (Dkt. no. 115.) The Government shall respond to Mr. Lynch's motion no later than July 7, 2025. Mr. Lynch may submit any reply no later than August 4, 2025.

The Clerk of the Court shall mail a copy of this Order to Mr. Lynch.

**SO ORDERED.**

Dated:   June 10, 2025
         New York, New York

*[signature]*
LORETTA A. PRESKA
Senior United States District Judge

1